UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LISA ARRIAGA, § | | |
| § | | |
| *Plaintiff,* § | | |
| § | | |
| v. § | Civil Action No. | 4:23-cv-4611 |
| § | | |
| AMERICAN REALTY INVESTORS I, LP § | | |
| § | | |
| *Defendant.* § | | |

## DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 et seq, Defendant American Realty Investors I, LP ("American Realty" or "Defendant") and through their undersigned counsel, files this Notice of Removal ("Notice") of the civil action filed in the 55th Judicial District Court of Harris County, Texas by Plaintiff Lisa Arriaga ("Arriaga" or "Plaintiff"). Removal is proper based on the following reasons:

### I. RELEVANT FACTS

1. On October 31, 2023, Plaintiff Lisa Arriaga ("Plaintiff") filed her Original Petition against Defendant in the Harris County District Court, 55th Judicial District bearing Cause No. 2023-75517, and captioned *Lisa Arriaga v. American Realty Investors, Inc.* (the "State Court Action"). On November 7, 2023, Plaintiff filed her First Amended Petition against Defendant in the Harris County District Court, 55th Judicial District bearing Cause No. 2023-75517, and captioned *Lisa Arriaga v. American Realty Investors I, LP.*

2. Plaintiff served her amended petition on American Realty's Registered Agent, Michael G. Tombari, on November 20, 2023.

3. Plaintiff, a former employee of American Realty, seeks alleged damages in connection with the termination of her employment. Plaintiff's First Amended Petition contains causes of action

against American Realty for "disability retaliation," "disability discrimination," and interference and retaliation under the Family Medical Leave Act.

## II. BASIS FOR REMOVAL

4. This action is removable to the United States District Court under 28 U.S.C. §§1441(c) and 1331.

5. This Court has original jurisdiction over this action based upon a federal question. Federal question jurisdiction exists when a civil action "aris[es] under the Constitution, laws or treaties of the United States." 28 U.S.C. §1331. Under the well-pleaded complaint rule, a determination as to whether a federal question exists depends upon the allegations of the plaintiff's pleading. *Medina v. Ramsey-Steel Co., Inc.,* 238 F.3d 674, 680 (5th Cir. 2001). In this case, the First Amended Petition asserts a claim and request for relief under the Family Medical Leave Act ("FMLA"), a federal statute. (*See* **Ex B-3**, First Amended Petition, at ¶¶26-30). Therefore, federal question jurisdiction exists.

6. In addition to the federal law claims asserted under the FMLA, Plaintiff has asserted causes of action under what the amended petition characterizes as "disability retaliation" and "disability discrimination." (*See* **Ex B-3**, First Amended Petition, at ¶¶19-24). To the extent these causes of action purportedly arise under federal law, they also fall within this Court's original jurisdiction. To the extent these causes of action arise under Chapter 21 of the Texas Labor Code or any other law of the state of Texas, they are so related to the federal claims that "they form part of the same case or controversy" within the meaning of 28 U.S.C. §1367(a). Accordingly, this Court has supplemental jurisdiction over any state-law claims.

7. Accordingly, this action is one over which this court has original jurisdiction per 28 U.S.C. § 1331 and is properly removed by Defendant under 28 U.S.C. § 1441.

8. Venue in the Southern District of Texas is proper under 28 U.S.C. §1441(a) because the state court where the action is pending is located in this district.

9. This Notice is timely filed within thirty (30) days of Plaintiff serving Plaintiff's First Petition on November 20, 2023.  28 U.S.C. §1446(b).

10. By virtue of this Notice, Defendant does not waive its right to assert any claims or other motions, including Rule 12 motions, permitted by the Federal Rules of Civil Procedure.

11. No admission of fact, law, or liability is intended by the Notice, and Defendant expressly reserves all defenses and affirmative defenses.

12. There are no other defendants from whom consent to remove is required.

13. This Notice is signed pursuant to Federal Rule of Civil Procedure 11.

14. Pursuant to Local Rule 81, this Notice is accompanied by copies of the following:

   a. An Index of all documents filed in state court that clearly identifies each document and indicates the date the document was filed in state court (**Exhibit A**);

   b. Pleadings asserting causes of action, e.g., petitions, counterclaims, cross actions, third-party actions, interventions and all answers to such pleadings (**Exhibit B**);

   c. All orders signed by the state judge: None;

   d. A copy of the docket sheet in the state court action (**Exhibit C**);

   e. A list of all counsel of record, including addresses, telephone numbers and parties represented (**Exhibit D**).

15. Defendant shall provide written notice of the filing of this Notice to all adverse parties, and a copy of this Notice is also being filed with the Clerk of the State Court in which this case was originally filed.

### IV. CONCLUSION AND PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant accordingly prays that this Court deem this Notice to be good and sufficient, and that the Court take jurisdiction of this action to its

conclusion and to final judgment to the exclusion of any further proceedings in the state court in accordance with law.

Respectfully submitted this the 11th day of December, 2023.

Respectfully submitted,

*/s/Joseph W. Gagnon*
**JOSEPH W. GAGNON**
Texas Bar No. 00787507
**FISHER & PHILLIPS LLP**
910 Louisiana Street, Suite 4000
Houston, Texas 77002
Phone: (713) 292-0150
Fax: (713) 292-0151
jgagnon@fisherphillips.com
**ATTORNEY FOR DEFENDANT,**
**AMERICAN REALTY INVESTORS I, LP**

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of December 2023, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, and was served on counsel for Plaintiff via email and certified mail/return receipt requested, addressed as follows:

Clayton D. Craighead
THE CRAIGHEAD LAW FIRM, PLLC
440 Louisiana, Suite 900
Houston, Texas 77002
Clayton.craighead@thetxlawfirm.com

*/s/ Joseph W. Gagnon*
**JOSEPH W. GAGNON**

4